IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ERIC LEE ROSE,                         )
                                       )
                    Petitioner,        )        Civil Case No. 06-6078-JE
                                       )
        vs.                            )        ORDER
                                       )
GUY HALL,                              )
                                       )
                    Respondent.        )
_____    )

Craig E. Weinerman
Assistant Federal Public Defender
151 W. Seventh Avenue, Suite 510
Eugene, Oregon  97401

        Attorney for Petitioner

Hardy Myers
Attorney General
Jacqueline Sadker
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97310

        Attorneys for Respondent

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and

Recommendation on April 23, 2008. The matter is before this court. <u>See</u> 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b). Petitioner has filed objections and defendant has filed a

response.

When either party objects to any portion of a magistrate's Findings and Recommendation

concerning a dispositive motion or prisoner petition, the district court must make a *de novo*

determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ.

P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309,

1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and

Recommendation, I find no error.

Accordingly, I ADOPT Judge Jelderks's Findings and Recommendation (#37), and

DENY the Amended Petition for Writ of Habeas Corpus (#29). This action is dismissed.

Dated this _____6th_____ day of May, 2008.


   __/s/ Garr M. King_____
   Garr M. King
   United States District Judge